# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHOE KEYS SMI, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>M/V SIERRA ROSE, a 2005 85' FRED FINNEY TRIPLE VESSEL, U.S.C.G. OFFICIAL NO. 1177228, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*,<br><br>    Defendant. | CASE NO. 2:26-cv-01356-DJC-CSK<br><br>**IN ADMIRALTY**<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO REQUIRE PUBLIC NOTICE OF ARREST**<br><br>**[F.R.C.P. Supplemental Admiralty Rules C and E]**<br><br>**46 U.S.C. §§ 31301-31343** |

ORDER GRANTING EX PARTE APPLICATION TO REQUIRE PUBLIC NOTICE OF ARREST

The Application of Tahoe Keys SMI, LLC to require public notice of arrest of Defendant Vessel "Sierra Rose", a 2005 85' Fred Finney Triple motor vessel (U.S.C.G. No. 1177228), is **GRANTED**. Plaintiff shall promptly give public notice of the action and arrest in the ***Tahoe Daily Tribune***, or such other newspaper having general circulation in this district.

**IT IS SO ORDERED.**

Dated:  April 27, 2026                    /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER GRANTING EX PARTE APPLICATION TO REQUIRE PUBLIC NOTICE OF ARREST