# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHOE KEYS SMI, LLC, a Delaware limited liability company,<br><br>       Plaintiff,<br><br>       v.<br><br>M/V SIERRA ROSE, a 2005 85' FRED FINNEY TRIPLE VESSEL, U.S.C.G. OFFICIAL NO. 1177228, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*,<br><br>       Defendant. | CASE NO. 2:26-cv-01356-DJC-CSK<br><br>**IN ADMIRALTY**<br><br>**ORDER AUTHORIZING ISSUANCE OF WARRANT FOR ARREST OF DEFENDANT VESSEL**<br><br>**[F.R.C.P. Supplemental Admiralty Rules C and E]**<br><br>**46 U.S.C. §§ 31301-31343** |

ORDER AUTHORIZING ISSUANCE OF WARRANT FOR ARREST OF DEFENDANT VESSEL

The Court having considered the foregoing *ex parte* application of Plaintiff Tahiti Marina Apartments & Docks LLC dba Waves MDR ("Plaintiff") for an order authorizing issuance of warrant for arrest of the vessel "Sierra Rose", a 2005 85' Fred Finney Triple motor vessel (U.S.C.G. No. 1177228), its rigging, tackle, apparel, furniture, engines, bunkers, and all other necessaries thereunto appertaining and belonging,

IT IS HEREBY ORDERED THAT:

1. The clerk shall issue a warrant for the arrest of the vessel "Sierra Rose", a 2005 85' Fred Finney Triple motor vessel (U.S.C.G. No. 1177228), its rigging, tackle, apparel, furniture, engines, bunkers, and all other necessaries thereunto appertaining and belonging ("Defendant Vessel").

2. The United States Marshal of this District is authorized to and shall serve the Warrant of Arrest on the Defendant Vessel, take it into custody, and keep it in custody until further order of the Court or upon the Marshal's acceptance and approval of a stipulation, bond, or other security signed by Plaintiff or Plaintiff's counsel and expressly authorizing such release, if all costs and charges of the Court and its officers shall have first been paid.

3. The United States Marshal of this District is further authorized to, and shall, make a written request to the collector of customs not to grant clearance to the Defendant Vessel until notified by the Marshal or the clerk that the Defendant Vessel has been released in accordance with Supplemental Rules for Admiralty Rule E, Federal Rules of Civil Procedure.

4. The United States Marshal of this District is further authorized to, and shall, file this process with the Court upon its return thereon promptly after its execution; and, to mail a copy of this process and the return thereon to Plaintiff's attorney at: Alexander T Gruft, 1515 Palisades Drive, Suite B2, Pacific Palisades, California 90272.  Plaintiff shall forthwith, upon receipt thereof, send a copy of the same to the current owner of the Defendant Vessel, The Compak Companies, LLC,

2

attn: JoeAnn McClandon, Manager, 751 Cornwall Road, Sanford, Florida 32773.

5.     A copy of this Order shall be attached to and served with the Warrant of Arrest.

6.     Any person claiming an interest in the Defendant Vessel shall be entitled to a prompt hearing on request, at which plaintiff shall be required to show cause why the arrest should not be vacated or other relief be granted consistent with the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and the Eastern District of California Local Rules for Admiralty and Maritime Claims.

Dated:  April 27, 2026             /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE

3

ORDER AUTHORIZING ISSUANCE OF WARRANT FOR ARREST OF DEFENDANT VESSEL