ALEXANDER T GRUFT (SBN 223096)
LAW OFFICE OF ALEXANDER T GRUFT
1515 Palisades Drive, Suite B2
Pacific Palisades, California 90272
Telephone (619) 347-3308
agruft@gruftlaw.com

Attorneys for Plaintiff,
Tahoe Keys SMI, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

TAHOE KEYS SMI, LLC, a Delaware limited liability company,

        Plaintiff,

        v.

M/V SIERRA ROSE, a 2005 85' FRED FINNEY TRIPLE VESSEL, U.S.C.G. OFFICIAL NO. 1177228, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:26-cv-01356-DJC-CSK

**IN ADMIRALTY**

**CERTIFICATE OF SERVICE**

## PROOF OF SERVICE

I, Alexander T Gruft, declare that I am a resident of, and employed in, the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 1515 Palisades Drive, Suite B2, Pacific Palisades, California 90272.

On July 23, 2026, I caused to be served the following documents:

1. Verified Complaint For Vessel Arrest, Interlocutory Sale and For Money Damages for Breach of Maritime Contract and *Quantum Meruit*

CERTIFICATE OF SERVICE

2. Ex Parte Application For Order Authorizing Issuance of a Warrant For Arrest of Defendant Vessel

3. Declaration of Alexander T Gruft in Support of Ex Parte Application for Order Authorizing Issuance of a Warrant For Arrest of Defendant Vessel

4. Order Authorizing Issuance of Warrant For Arrest of Defendant Vessel

5. Order Appointing Substitute Custodian and Authorizing Movement of Defendant Vessel

6. Ex Parte Application For Appointment of Substitute Custodian and For Authorization For Movement of Defendant Vessel

7. Declaration of Katie Litton in Support of Ex Parte Application For Appointment of Substitute Custodian and For Authorization For Movement of Defendant Vessel

8. Warrant for Arrest

9. Order re Public Notice

10. Application for Public Notice

11. Certificate of Interested Parties

12. Initial Case Management Order

13. Notice of Availability Voluntary Dispute Resolution

14. Notice to Counsel re Consent to Proceed Before a United States Magistrate Judge

15. USM-285 for Vessel Arrest

16. USM-285 for Publication

on the parties listed below as follows:

| The Compak Companies LLC<br>751 Cornwall Road<br>Sanford, Florida 32773 | Defendant Vessel Owner |
|---|---|

☒   **By Federal Express** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope for delivery via Federal Express. Attached hereto as Exhibit A are true and correct copies of the Proof of Service and delivery confirmation receipt from Federal Express.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 27, 2026, at Pacific Palisades, California.

_Alexander T Gruft_
Alexander T Gruft

2

CERTIFICATE OF SERVICE

# EXHIBIT A

| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| ALEXANDER T GRUFT (SBN 223096) LAW OFFICE OF ALEXANDER T GRUFT 1515 Palisades Dr Suite I-1, Pacific Palisades, CA 90272 Telephone No: 424-284-9314 | | | |
| Attorney For: Plaintiff | Ref. No. or File No.: TAHOE KEYS DUA | | |
| Insert name of Court, and Judicial District and Branch Court: UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | | | |
| Plaintiff: TAHOE KEYS SMI, LLC, a Delaware limited liability company Defendant: M/V SIERRA ROSE, a 2005 85' FRED FINNEY TRIPLE VESSEL, U.S.C.G. OFFICIAL NO. 1177228, ET AL | | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: 2:26-cv-01356-DJC-CSK |
|---|---|---|---|---|

1.  *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2.  I served copies of the Verified Complaint For Vessel Arrest, Interlocutory Sale and For Money Damages for Breach of Maritime Contract and Quantum Meruit; Ex Parte Application For Order Authorizing Issuance of a Warrant For Arrest of Defendant Vessel; Declaration of Alexander T Gruft in Support of Ex Parte Application for Order Authorizing Issuance of a Warrant For Arrest of Defendant Vessel; Order Authorizing Issuance of Warrant For Arrest of Defendant Vessel; Order Appointing Substitute Custodian and Authorizing Movement of Defendant Vessel; Ex Parte Application For Appointment of Substitute Custodian and For Authorization For Movement of Defendant Vessel; Declaration of Katie Litton in Support of Ex Parte Application For Appointment of Substitute Custodian and For Authorization For Movement of Defendant Vessel; Warrant for Arrest; Order re Public Notice 10. Application for Public Notice; Certificate of Interested Parties; Initial Case Management Order; Notice of Availability Voluntary Dispute Resolution; Notice to Counsel re Consent to Proceed Before a United States Magistrate Judge; USM-285 for Vessel Arrest 16. USM-285 for Publication

3.  By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
    a. Date of FedEx: Thu, Jul 23, 2026
    b. Place of FedEx: LOS ANGELES, CA 90026
    c. Addressed as follows: THE COMPAK COMPANIES LLC
               751 Cornwall Road, Sanford, FL 32773

4.  *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the FedEx store on Thu, Jul 23, 2026 in the ordinary course of business.*

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. *Person Serving:*
   a. Howard Vasquez
   **b. FIRST LEGAL**
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   **d.** *The Fee* for Service was: $144.79
   **e.** I am: Not a Registered California Process Server

6.  ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

Howard Vasquez

07/24/2026

*(Date)*                                    *(Signature)*

*17855924*

**FedEx**®

July 27, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 874808337907

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | C.Rodriguez | Delivery Location: | |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | SANFORD, FL, |
| | | Delivery date: | Jul 27, 2026 08:36 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 874808337907 | Ship Date: | Jul 23, 2026 |
| | | Weight: | 1.0 LB/0.45 KG |

Recipient:

SANFORD, FL, US,

Shipper:

LOS ANGELES, CA, US,

Reference                    17855924

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.